IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| HAKEEM PARIS | : | NO. 11-211 |

ORDER

AND NOW, this 27th day of June, 2012, upon consideration of defendant's motion to suppress evidence and a photo identification (Docket No. 32), the government's opposition thereto, and after an evidentiary hearing held on June 14, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.